No. 88–1874.   RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL.   C. A. 8th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Pittsburgh & Lake Erie R. Co.* v. *Railway Labor Executives' Assn.*, 491 U. S. 490 (1989).   Reported below: 861 F. 2d 1082.

No. 88–7033.   HOLLAND *v.* BLAND ET AL.   C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hardin* v. *Straub*, 490 U. S. 536 (1989).

No. — – ——.   SEITU *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–749.   IN RE DISBARMENT OF CARTER.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1000.]

No. D–760.   IN RE DISBARMENT OF WALLIS.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1038.]

No. D–761.   IN RE DISBARMENT OF GRAHAM.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1038.]

No. D–767.   IN RE DISBARMENT OF ESTON.   Disbarment entered.   [For earlier order herein, see 489 U. S. 1004.]

No. D–768.   IN RE DISBARMENT OF SANDERS.   Disbarment entered.   [For earlier order herein, see 489 U. S. 1004.]

No. 108, Orig.   NEBRASKA *v.* WYOMING ET AL.   First Interim Report of the Special Master received and ordered filed.   [For earlier order herein, see, *e. g.*, 490 U. S. 1063.]

No. 88–854.   SPALLONE *v.* UNITED STATES ET AL.;
No. 88–856.   CHEMA *v.* UNITED STATES ET AL.; and
No. 88–870.   LONGO ET AL. *v.* UNITED STATES ET AL.   C. A. 2d Cir.   [Certiorari granted, 489 U. S. 1064.]   Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 88–1000.   NEW YORK *v.* HARRIS.   Ct. App. N. Y.   [Certiorari granted, 490 U. S. 1018.]   Motion of Americans for Effec-